# CHANCERY SENTINEL.

C. F. PAUL, Publisher.]    $1.00 PER ANNUM.    [O. L. BARBOUR, Reporter.

Vol. 6.]    Saratoga Springs, August 4, 1846.    [No. 4.

## Court of Chancery.

### DECISIONS OF THE CHANCELLOR,
AUGUST 4, 1846.    •

*David Patterson* v. *Robert Elder et al.** J. BLUNT, for complainant; H. F. CLARK for defendant. Application for an attachment for violation of injunction granted as to defendants Elder and Ridabock, and denied as to defendant Hamilton.